June 14, 2024

**VIA ECF**

The Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, New York 10007

> AT&T is directed to file a new version of the declaration of Jonathan D. Pressment consistent with this stipulation.
>
> SO ORDERED.
>
> /s/ Lewis J. Liman
> LEWIS J. LIMAN
> United States District Judge
>
> June 17, 2024

*Re: AT&T Enterprises, LLC v. Atos IT Solutions and Services, Inc., No. 1:23-cv-01395-LJL (S.D.N.Y.)*

Dear Judge Liman:

      The Parties have stipulated and agreed to replace Exhibits C, F, I, K, and M to the Declaration of Jonathan D. Pressment, ECF Nos. 68-3, 68-6, 68-9, 68-11 and 68-13, filed in support of AT&T's Motion for Leave to Amend the Complaint. ECF No. 66. Atos asserted privilege and clawed back the filed versions of those Exhibits under the 502(d) Order in this action. ECF No. 48. Atos reproduced those documents with revised redacted versions of Exhibits C, F, I, K, and M filed in Exhibit 1 to Atos's proposal for limited redactions to certain confidential information. ECF No. 74-1. The parties hereby request the Court replace ECF. Nos. 68-3, 68-6, 68-9, 68-11 and 68-13 with the versions filed in ECF No. 74-1. AT&T stipulates, without waiver of any of its rights to challenge any of Atos's privilege and/or work product assertions, including but not limited to those set forth in Exhibits C, F, I, K, and M, to the extent permitted by law.

      SO STIPULATED AND AGREED.

| | |
|---|---|
| _/s/ Jonathan D. Pressment_ | _/s/ Leon Medzhibovsky_ |
| Jonathan D. Pressment | Leon Medzhibovsky |
| Christos G. Papapetrou | Andrew J. Peck |
| Edward J. Jacobs | Steven Rosato |
| Kayley B. Sullivan | **DLA PIPER LLP (US)** |
| **BAKER & HOSTETLER LLP** | 1251 Avenue of the Americas, 27th Floor |
| 45 Rockefeller Plaza | New York, New York 10020 |
| New York, New York 10111 | Telephone: (212) 335-4500 |
| Telephone: (212) 589-4200 | Facsimile: (212) 335-4501 |
| Facsimile: (212) 589-4201 | |
| | Cameron A. Fine (*pro hac vice*) |
| *Attorneys for Plaintiff AT&T Enterprises.* | 2525 East Camelback Road, Suite 1000 |
| | Phoenix, Arizona 85016-4232 |
| | Telephone: (480) 606-5132 |
| | Facsimile: (480) 606-5533 |
| | |
| | *Attorneys for Defendant Atos IT Solutions and Services, Inc.* |