```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
AT&T CORP.,                                                        :
                                                                   :
                                       Plaintiff,                  :
                                                                   :        23-cv-01395 (LJL)
                -v-                                                :
                                                                   :        ORDER
ATOS IT SOLUTIONS AND SERVICES, INC.,                              :
                                                                   :
                                       Defendant.                  :
                                                                   :
-------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

The Court has reviewed the parties' proposed redactions and documents to be filed under seal in connection with Plaintiff's Memorandum of Law in Support of its Motion for Leave to Amend, Dkt. No. 67, the Declaration of Jonathan D. Pressment in Support of Plaintiff's Motion for Leave to Amend, Dkt. Nos. 79–80, Defendant's Memorandum of Law in Opposition to the Motion for Leave to Amend, Dkt. Nos. 82, 84, and the Declaration of Steven M. Rosato in Support of Defendant's Opposition to the Motion for Leave to Amend, Dkt. Nos. 83, 85.

The Court has considered the standards for sealing stated in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006), and has found the proposed redactions and sealed documents to satisfy those standards. *See also Graczyk v. Verizon Commc'ns, Inc.*, 2020 WL 1435031, at *9 (S.D.N.Y. Mar. 24, 2020).

The Clerk of Court is respectfully directed to unseal Dkt. Nos. 67, 79-1, 79-2, 82, 83, and 83-10.

Plaintiff is directed to refile Dkt. Nos. 79-3, 79-4, 79-8, 79-10, and 79-13 without the vendor/customer name redactions and with updated redactions to reflect the privilege and financial figures redactions.

Defendant is directed to refile Dkt. Nos. 83-13, 83-14, and 83-15 with updated redactions to reflect the financial figures redactions.

SO ORDERED.

Dated: August 27, 2024
New York, New York

_____
LEWIS J. LIMAN
United States District Judge