```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/24/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
AT&T CORP.,                                                  :
                                                             :
                           Plaintiff,                        :
                                                             :           23-cv-01395 (LJL)
             -v-                                             :
                                                             :           ORDER
ATOS IT SOLUTIONS AND SERVICES, INC.,                        :
                                                             :
                           Defendant.                        :
                                                             :
-------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

   The Court has reviewed the documents listed in Appendix A to Dkt. Nos. 116 and 117 and filed as Dkt. No. 127 *ex parte* and *in camera* with Defendant's consent. Dkt. No. 120 at 3; *see also United States v. Zolin*, 491 U.S. 554, 572 (1989) (permitting *ex parte in camera* review to determine applicability of attorney-client privilege in discretion of district court). Defendant has satisfied its burden with respect to all seven documents.

   SO ORDERED.

Dated: January 24, 2025                           _____
       New York, New York                                   LEWIS J. LIMAN
                                                         United States District Judge