

DLA Piper LLP (US)
1251 Avenue of the Americas
27th Floor
New York, NY 10020-1104
www.dlapiper.com

Cameron A. Fine
cameron.fine@us.dlapiper.com
T   480.606.5132
F   480.606.5533

March 3, 2025

**VIA ECF**

The Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, New York 10007

Re:     *AT&T Enterprises, LLC v. Atos IT Solutions and Services, Inc.* Case No. 01:23-cv-01395

Dear Judge Liman:

As counsel to Defendant Atos IT Solutions and Services, Inc. ("Atos"), we write pursuant to Attachment A (Procedure for Sealed or Redacted Filings) of Your Honor's Individual Practices in Civil Cases (the "Sealing Procedures").

Contemporaneous with this letter, Atos filed a discovery dispute letter motion. Atos's letter motion refers to and relies on documents produced by AT&T and designated as Confidential under the Protective Order. Those documents are Exhibits C and H to Atos's letter motion. Under Section 4(b) of the Sealing Procedures, Atos requests that the Court grant the parties one week to confer about the Confidential exhibits so AT&T may assess whether sealing or redactions may be warranted.

Atos takes no position on whether the exhibits are properly sealed and defers to AT&T to elaborate on the need for sealing or redactions in any letter motion it files under Section 4(b) of the Sealing Procedures.

Respectfully submitted,

**DLA Piper LLP (US)**

*s/ Cameron A. Fine*

Cameron A. Fine


cc: All Counsel of Record


Atos' letter motion to seal, Dkt. No. 134, is denied.

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

March 19, 2025