```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
AT&T CORP.,                                                          :
                                                                     :
                              Plaintiff,                             :
                                                                     :        23-cv-01395 (LJL)
                -v-                                                  :
                                                                     :            ORDER
ATOS IT SOLUTIONS AND SERVICES, INC.,                                :
                                                                     :
                              Defendant.                             :
                                                                     :
---------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/21/2025

LEWIS J. LIMAN, United States District Judge:

As stated at the post-discovery status conference held on March 21, 2025, the Court so-orders the following:

The parties' cross-motions for summary judgment shall be filed no later than April 25, 2025.  Opposition briefs shall be filed no later than June 6, 2025.  Reply briefs shall be filed no later than June 20, 2025.  Opening and opposition briefs shall be no longer than 25 pages.  Reply briefs shall be no longer than 10 pages.

The parties shall submit a joint Local Rule 56.1 statement setting forth undisputed facts concerning the development of the contracts at issue and any other relevant facts upon which they agree.  No response to the joint statement shall be filed.  Each party may submit an additional Local Rule 56.1 statement in connection with its summary judgment motion setting forth those facts that it believes to be material but which the parties do not agree are not subject to genuine dispute.  Each party must submit a response to the opposing party's non-joint Local Rule 56.1 statement.  No reply Local Rule 56.1 statements will be permitted.

Within one week of the Court's order resolving the summary judgment motions, the parties shall file a joint letter requesting a conference and setting forth their proposed schedule for expert discovery. Until that date, no party shall engage in expert discovery.

SO ORDERED.

Dated: March 21, 2025
      New York, New York

                                                   LEWIS J. LIMAN
                                          United States District Judge