UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------X

AT&T ENTERPRISES, LLC,

                         Plaintiff,

       -v-

ATOS IT SOLUTIONS AND SERVICES, INC.,

                      Defendant.

--------------------------------------------------------------------X

23-cv-1395 (LJL)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_11/26/2025_

LEWIS J. LIMAN, United States District Judge:

    The Court will hear oral argument from the parties on the pending motions for summary judgment on January 15, 2026, at 10:00AM.  Parties are to appear in-person in Courtroom 15C at the 500 Pearl Street Courthouse.

    SO ORDERED.

Dated: November 26, 2025
      New York, New York

                                  LEWIS J. LIMAN
                          United States District Judge