**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
AT&T ENTERPRISES, LLC,

                                    Plaintiff,

               -against-                                    23 **CIVIL** 1395 (LJL)

                                                            **JUDGMENT**

ATOS IT SOLUTIONS AND SERVICES, INC.,

                                    Defendant.
----------------------------------------------------------------X


It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated April 22, 2026, AT&T's motion for summary judgment is

GRANTED. Atos's cross-motion for summary judgment and its motion for spoliation sanctions

are DENIED.

**Dated:** New York, New York

        April 23, 2026


                                            **TAMMI M. HELLWIG**
                              _____
                                            **Clerk of Court**

                    **BY:**
                              _____
                                            **Deputy Clerk**