UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AT&T ENTERPRISES, LLC, as successor-in-interest to AT&T CORP.,

                    Plaintiff,

        - against -

ATOS IT SOLUTIONS AND
SERVICES, INC.,

                    Defendant.

Case No. 1:23-cv-01395-LJL

### NOTICE OF PLAINTIFF AT&T ENTERPRISES, LLC'S
### MOTION FOR ITS ATTORNEYS' FEES AND EXPENSES

PLEASE TAKE NOTICE that, upon the Declaration of Jonathan D. Pressment, Esq., and its annexed exhibits, as well as Plaintiff's Memorandum of Law in Support of its Motion for Attorneys' Fees and Expenses, Plaintiff AT&T Enterprises, LLC, by and through the undersigned counsel, will move this Court pursuant to Federal Rule of Civil Procedure 54(d), before the Honorable Lewis J. Liman, at the United States District Court for the Southern District of New York, located at 500 Pearl Street, New York, New York 10007, at a date and time to be scheduled by this Court, for an award of its reasonable attorneys' fees and expenses incurred in litigating this action, along with such other and further relief as this Court may deem just and proper.

Dated:  New York, New York
        May 6, 2026

BAKER & HOSTETLER, LLP

By: */s/ Jonathan D. Pressment*
Jonathan D. Pressment
Christos G. Papapetrou
45 Rockefeller Plaza
New York, New York 10111
Telephone:  212-589-4200
Facsimile:  212-589-4201
jpressment@bakerlaw.com
cpapapetrou@bakerlaw.com

*Attorneys for Plaintiff AT&T Enterprises, LLC*