UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- X

AT&T ENTERPRISES, LLC,

              Plaintiff,

    -v-

ATOS IT SOLUTIONS AND SERVICES, INC.,

            Defendant.

-------------------------------------------------------------------- X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_06/29/2026__
```

23-cv-1395 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court will hear oral argument from the parties on the pending motion for attorneys' fees and costs on July 8, 2026, at 2:30 PM. Parties should be prepared to address the right to attorneys' fees as well as the requested quantum of fees if such a right existed. Parties are to appear in-person in Courtroom 15C at the 500 Pearl Street Courthouse.

SO ORDERED.

Dated: June 29, 2026
      New York, New York

                              LEWIS J. LIMAN
                  United States District Judge