UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

AT&T ENTERPRISES, LLC,

               Plaintiff,

    -v-

ATOS IT SOLUTIONS AND SERVICES, INC.,

               Defendant.

------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/01/2026

23-cv-1395 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

    AT&T is directed to submit invoice records sufficient for the Court to evaluate the reasonableness of the hours billed by BakerHostetler by 5:00 p.m. on Friday, July 10, 2026.  *See* Dkt. No. 245 at 16, n.11.  AT&T is granted leave to redact the invoices for any privileged or work product information.

    SO ORDERED.

Dated: July 1, 2026
      New York, New York

                             LEWIS J. LIMAN
                      United States District Judge