USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/10/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AT&T ENTERPRISES, LLC,

Plaintiff,

-v-

ATOS IT SOLUTIONS AND SERVICES, INC.,

Defendant.

23-cv-1395 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

Before the Court are Plaintiff AT&T Enterprises, LLC's August 7, 2026 letter requesting that the Court enter a monetary judgment in this action, Dkt. No. 258, as well as Defendant Atos IT Solutions and Services, Inc.'s letter response to Plaintiff's request, Dkt. No. 259.

The Court will hold a videoconference to discuss process with respect to the issue of prejudgment interest on August 12, 2026 at 3:30 p.m. via Microsoft Teams. The parties will be provided with a link to participate in the proceedings by email in advance of the conference. The public may access the proceedings by dialing into the Court's audio-only teleconference line at 646-453-4442 and using Conference ID# 358639322.

SO ORDERED.

Dated: August 10, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge